

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

NATHAN McKUNE,

- v -

S. HOLLIDAY, MS. JACKSON, and NEW YORK STATE DEPARTMENT OF CORRECTIONS

Defendant.

----------------------------------X

**ORDER**

07 Civ. 9771 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, the summons in this case issued on January 3, 2008; and

**WHEREAS** plaintiff's attempts to serve the complaint on the individual defendants through the United States Marshall's Service were unsuccessful; and

**WHEREAS** the summons is now set to expire on May 3, 2008; it is hereby

**ORDERED** that pro se office of this Court issue another summons in this case; and it is further

**ORDERED** that plaintiff shall contact the pro se office in order to receive further instruction as to how to ensure that the defendants are served.

Dated: New York, New York
April 21, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Nathan McKune
07 A 0098
Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929