```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATHAN McKUNE,

                    Plaintiff,
                                              O R D E R
        - against -
                                              07 Civ. 9771 (NRB)
MR. S. HOLIDAY, MS. JACKSON, DEPARTMENT
OF CORRECTIONS (STATE),

                    Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The complaint in this action having been filed on November 5, 2007, and the Court having informed plaintiff's counsel by letter, dated August 5, 2008 of the obligation pursuant to Rule 4(m) of the Federal Rules of Civil Procedure to serve the summons and complaint within 120 days of filing, and no response to that letter having been received, and there being no evidence of service, it is hereby

**ORDERED** that the complaint be dismissed without prejudice.

Dated:   New York, New York
         September 5, 2008

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE